AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hagel, Lawrence B. | U.S. Ct. of App for Vet Claims | 08/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge, Active | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

625 Indiana Avenue, NW
Suite 900
Washington, DC 20004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 08/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Salary INOVA Health Systems |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Master Card (USAA) | Credit Card | J |
| 2. | Northwestern Mutual Insurance Company | Loan | K |
| 3. | Visa (PFCU) | Credit Card | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Traditional IRA (LBH) | A | Interest | J | T | | | | | |
| 2. | | | | | | | | | |
| 3. Edleman Finacial EMAP (T.D. AMERITRADE) IRA (LBH) | | | | | | | | | Header Only |
| 4. | | | | | | | | | |
| 5. iShares IBOXX $ InvesTop Corporate Bond (LQD) | A | Dividend | K | T | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. DFA 5-Year Global Fixed Income (DFGBX) | A | Dividend | K | T | | | | | |
| 9. | | | | | | | | | |
| 10. DFA Intern Govt Fixed Income (DFIGX) | A | Dividend | K | T | | | | | |
| 11. | | | | | | | | | |
| 12. DFA Emerging Markets.(DFEMX) | A | Dividend | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. DFA Large Cap International (DFALX) | A | Dividend | K | T | Buy (add'l) | 12/16/14 | J | | |
| 15. | | | | | | | | | |
| 16. DFA International Value I (DFIVX) | A | Dividend | J | T | Buy (add'l) | 12/16/14 | J | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TDAM U.S. Government Port (CMFUZ) (ZTD20) | A | Interest | J | T | Redeemed (part) | 01/08/14 | J | A | |
| 19. | | | | | Redeemed (part) | 04/09/14 | J | A | |
| 20. | | | | | Redeemed (part) | 07/09/14 | J | A | |
| 21. | | | | | Redeemed (part) | 10/08/14 | J | A | |
| 22. | | | | | Redeemed (part) | 12/04/14 | J | A | |
| 23. | | | | | Redeemed (part) | 12/17/14 | J | A | |
| 24. | | | | | Buy (add'l) | 01/02/14 | J | | |
| 25. | | | | | Buy (add'l) | 01/03/14 | J | | |
| 26. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 27. | | | | | Buy (add'l) | 02/07/14 | J | | |
| 28. | | | | | Buy (add'l) | 02/12/14 | J | | |
| 29. | | | | | Buy (add'l) | 03/04/14 | J | | |
| 30. | | | | | Buy (add'l) | 03/07/14 | J | | |
| 31. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 32. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 33. | | | | | Buy (add'l) | 04/03/14 | J | | |
| 34. | | | | | Buy (add'l) | 04/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 36. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 37. | | | | | Buy (add'l) | 05/07/14 | J | | |
| 38. | | | | | Buy (add'l) | 05/12/14 | J | | |
| 39. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 40. | | | | | Buy (add'l) | 06/06/14 | J | | |
| 41. | | | | | Buy (add'l) | 06/11/14 | J | | |
| 42. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 43. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 44. | | | | | Buy (add'l) | 07/08/14 | J | | |
| 45. | | | | | Buy (add'l) | 07/09/14 | J | | |
| 46. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 47. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 48. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 49. | | | | | Buy (add'l) | 08/12/14 | J | | |
| 50. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 51. | | | | | Buy (add'l) | 09/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/11/14 | J | | |
| 53. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 54. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 55. | | | | | Buy (add'l) | 10/07/14 | J | | |
| 56. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 57. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 58. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 59. | | | | | Buy (add'l) | 11/07/14 | J | | |
| 60. | | | | | Buy (add'l) | 11/12/14 | J | | |
| 61. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 62. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 63. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 64. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 65. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 66. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 67. | | | | | | | | | |
| 68. Y TDAM Cash Fund TMCASH100 | A | Interest | J | T | Sold (part) | 01/02/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 01/03/14 | J | A | |
| 70. | | | | | Sold (part) | 02/04/14 | J | A | |
| 71. | | | | | Sold (part) | 02/07/14 | J | A | |
| 72. | | | | | Sold (part) | 02/12/14 | J | A | |
| 73. | | | | | Sold (part) | 03/04/14 | J | A | |
| 74. | | | | | Sold (part) | 03/07/14 | J | A | |
| 75. | | | | | Sold (part) | 03/12/14 | J | A | |
| 76. | | | | | Sold (part) | 03/13/14 | J | A | |
| 77. | | | | | Sold (part) | 03/31/14 | J | A | |
| 78. | | | | | Sold (part) | 04/03/14 | J | A | |
| 79. | | | | | Sold (part) | 04/07/14 | J | A | |
| 80. | | | | | Sold (part) | 04/09/14 | J | A | |
| 81. | | | | | Sold (part) | 04/10/14 | J | A | |
| 82. | | | | | Sold (part) | 05/02/14 | J | A | |
| 83. | | | | | Sold (part) | 05/07/14 | J | A | |
| 84. | | | | | Sold (part) | 05/12/14 | J | A | |
| 85. | | | | | Sold (part) | 06/03/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/06/14 | J | A | |
| 87. | | | | | Sold (part) | 06/11/14 | J | A | |
| 88. | | | | | Sold (part) | 06/30/14 | J | A | |
| 89. | | | | | Sold (part) | 07/02/14 | J | A | |
| 90. | | | | | Sold (part) | 07/08/14 | J | A | |
| 91. | | | | | Sold (part) | 07/09/14 | J | A | |
| 92. | | | | | Sold (part) | 07/10/14 | J | A | |
| 93. | | | | | Sold (part) | 08/04/14 | J | A | |
| 94. | | | | | Sold (part) | 08/07/14 | J | A | |
| 95. | | | | | Sold (part) | 08/12/14 | J | A | |
| 96. | | | | | Sold (part) | 09/03/14 | J | A | |
| 97. | | | | | Sold (part) | 09/08/14 | J | A | |
| 98. | | | | | Sold (part) | 09/11/14 | J | A | |
| 99. | | | | | Sold (part) | 09/30/14 | J | A | |
| 100. | | | | | Sold (part) | 10/02/14 | J | A | |
| 101. | | | | | Sold (part) | 10/07/14 | J | A | |
| 102. | | | | | Sold (part) | 10/08/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 10/10/14 | J | A | |
| 104. | | | | | Sold (part) | 10/13/14 | J | A | |
| 105. | | | | | Sold (part) | 10/16/14 | J | A | |
| 106. | | | | | Sold (part) | 11/04/14 | J | A | |
| 107. | | | | | Sold (part) | 11/07/14 | J | A | |
| 108. | | | | | Sold (part) | 11/12/14 | J | A | |
| 109. | | | | | Sold (part) | 12/01/14 | J | A | |
| 110. | | | | | Sold (part) | 12/02/14 | J | A | |
| 111. | | | | | Sold (part) | 12/05/14 | J | A | |
| 112. | | | | | Sold (part) | 12/16/14 | J | A | |
| 113. | | | | | Sold (part) | 12/18/14 | J | A | |
| 114. | | | | | Sold (part) | 12/19/14 | J | A | |
| 115. | | | | | Sold (part) | 12/29/14 | J | A | |
| 116. | | | | | Sold (part) | 12/31/14 | J | A | |
| 117. | | | | | Buy (add'l) | 01/08/14 | J | | |
| 118. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 119. | | | | | Buy (add'l) | 07/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 10/08/14 | J | | |
| 121. | | | | | Buy (add'l) | 10/13/14 | J | | |
| 122. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 123. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 124. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 125. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 126. | | | | | | | | | |
| 127. iShares S&P North American Natural Resources (IGE) | A | Dividend | K | T | Buy (add'l) | 12/01/14 | J | | |
| 128. | | | | | | | | | |
| 129. Vanguard REIT Index ETF (VNQ) | A | Dividend | K | T | Sold (part) | 10/14/14 | J | A | |
| 130. | | | | | | | | | |
| 131. DFA US LrgCap Value (DFLVX) | A | Dividend | K | T | Sold (part) | 12/16/14 | J | A | |
| 132. | | | | | | | | | |
| 133. Vanguard Growth (VUG) | A | Dividend | K | T | Sold (part) | 12/01/14 | J | A | |
| 134. | | | | | | | | | |
| 135. iShares Russell 1000 Value Index(IWD) | A | Dividend | K | T | Sold (part) | 12/16/14 | J | A | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. iShares S&P MidCap 400 Index (IJH) | A | Dividend | K | T | | | | | |
| 138. | | | | | | | | | |
| 139. DFA US Small Cap (DFSTX) | A | Dividend | K | T | | | | | |
| 140. | | | | | | | | | |
| 141. X Vanguard Short Term Treas. Admiral (VFIRX) | A | Int./Div. | J | T | | | | | |
| 142. | | | | | | | | | |
| 143. X DFA Short Term EXT Quality PTF (DFEQX) | A | Int./Div. | J | T | | | | | |
| 144. | | | | | | | | | |
| 145. Cash Benefit/Transition Annuity Retirement Plan (INOVA) | B | Interest | K | T | | | | | |
| 146. | | | | | | | | | |
| 147. 401(k)(INOVA) | | | | | | | | | Header Only |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. --American Funds EuroPacific Growth Class R6 | A | Dividend | K | T | | | | | |
| 151. | | | | | | | | | |
| 152. --Fidelitgy Low Pr. Stk. Fund (FDGRX) | B | Dividend | J | T | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Fidelity Growth Company-Class K (FGCKX) | D | Dividend | L | T | | | | | |
| 155. | | | | | | | | | |
| 156. JP Morgan U.S. Equity Fund Institute - Class (JMUEX) | D | Dividend | K | T | | | | | |
| 157. | | | | | | | | | |
| 158. OTHER ACCOUNTS/ASSETS | | | | | | | | | Header Only |
| 159. | | | | | | | | | |
| 160. --Navy Federal Credit Union Cash Accounts | A | Interest | J | T | | | | | |
| 161. | | | | | | | | | |
| 162. Northwestern Mutual Life Insurance Company | B | Int./Div. | J | T | | | | | |
| 163. | | | | | | | | | |
| 164. Navy Mutual Life Insurance Company | B | Interest | K | T | | | | | |
| 165. | | | | | | | | | |
| 166. Dept. of Veterans Affairs Life Insurance (see sec. VIII nt.) | A | Interest | J | T | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. Noble Energy Inc. Oil Lease | A | Royalty | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 08/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Lawrence B. Hagel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544